IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00142-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JEREMY LUCERO,

    Applicant,

v.

MARY CARLSON, Manager of Offender Time/Release (CDOC), and
ANGEL MEDINA, Warden of Arrowhead Correctional Center,

    Respondents.

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

On January 19, 2016, Applicant, Jeremy Lucero, submitted, *pro se*, an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  (ECF No. 1).  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the filing is deficient as described in this Order.  Applicant will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(a) __X__   is not submitted
(b) ____   is missing affidavit
(c) ____   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __X__   is missing certificate showing current balance in prison account
(5) ____   is missing required financial information
(6) ____   is missing authorization to calculate and disburse filing fee payments

(7) __          is missing an original signature by the prisoner
(8) __          is not on proper form
(9) __          names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_       other: Applicant may pay the $5.00 filing fee instead of filing a § 1915 motion and affidavit.

**Complaint, Petition or Application**:
(11) __         is not submitted
(12) __         is not on proper form
(13) __         is missing an original signature by the prisoner
(14) _X_        is missing page nos. (must complete all sections, including D. Prior Applications on page 4)
(15) __         uses et al. instead of listing all parties in caption
(16) __         names in caption do not match names in text
(17) __         addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __         other:

Accordingly, it is

ORDERED that Applicant cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Applicant shall obtain the proper forms for filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Applicant must use a Court-approved forms when curing the deficiencies, or pay the $5.00 filing fee. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED January 20, 2016, at Denver, Colorado.

                                  BY THE COURT:

                                  s/ Gordon P. Gallagher
                                  United States Magistrate Judge